# EXHIBIT A

| No | IP Address | GUID | P2PClient | HitDateUTC | DossierNumber | Title | RightsOwner | FileName | Filehash | ISP | Region | city | District | Province |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 69.142.233.1 | 2D415A3437 | Vuze 4.7.0.2 | 7/26/12 01:55:14 AM | S0054-000000 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Elmer | | |
| 2 | 67.82.72.112 | 2D54523236 | Transmission | 7/25/12 02:04:28 AM | S0054-000000 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | Dover | | |
| 3 | 68.38.144.46 | 2D55543331 | µTorrent 3.1. | 7/26/12 04:44:57 PM | S0054-000000 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Iselin | | |
| 4 | 67.82.72.112 | 2D54523236 | Transmission | 7/26/12 04:20:40 AM | S0054-000000 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | Dover | | |
| 5 | 69.123.96.13 | 2D415A3437 | Vuze 4.7.1.0 | 7/27/12 07:14:13 PM | S0054-000000 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | Paterson | | |
| 6 | 72.88.145.65 | 4D372D352D | BitTorrent 7.5 | 7/27/12 01:30:58 PM | S0054-000000 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon Inter | New Jersey | Wayne | | |
| 7 | 68.38.133.11 | 2D554D3136 | µTorrent Mac | 7/28/12 06:21:12 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Atlantic Highlands | | |
| 8 | 68.36.75.202 | 2D55543331 | µTorrent 3.1. | 7/28/12 12:00:48 AM | S0054-000000 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Millville | | |
| 9 | 96.240.1.230 | 2D55543332 | µTorrent 3.2. | 7/28/12 04:42:13 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon Inter | New Jersey | Haledon | | |
| 10 | 76.116.59.20 | 2D55543331 | µTorrent 3.1. | 7/28/12 01:00:30 AM | S0054-000000 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Willingboro | | |
| 11 | 98.109.157.2 | 2D554D3135 | -UM15140 | 7/29/12 05:49:23 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon Inter | New Jersey | Monmouth Junction | | |
| 12 | 76.116.42.11 | 2D55543331 | µTorrent 3.1. | 7/31/12 09:37:03 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Riverside | | |
| 13 | 96.240.28.13 | 2D55543232 | µTorrent 2.2. | 8/3/12 02:17:12 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon Inter | New Jersey | Paterson | | |
| 14 | 68.36.125.59 | 2D415A3437 | Vuze 4.7.1.0 | 8/3/12 12:25:27 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Browns Mills | | |
| 15 | 108.35.144.2 | 2D415A3437 | Vuze 4.7.0.2 | 8/5/12 10:54:25 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon Inter | New Jersey | Parsippany | | |
| 16 | 108.11.32.24 | 2D55543331 | µTorrent 3.1. | 8/7/12 08:29:31 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon Inter | New Jersey | Absecon | | |
| 17 | 76.116.5.34 | 2D55543331 | µTorrent 3.1. | 8/7/12 02:07:59 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Palmyra | | |
| 18 | 108.25.199.1 | 2D55543331 | µTorrent 3.1. | 8/11/12 05:51:00 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon Inter | New Jersey | Pleasantville | | |
| 19 | 24.146.191.1 | 2D415A3437 | Vuze 4.7.0.2 | 8/12/12 09:07:21 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | West Milford | | |
| 20 | 68.46.55.47 | 2D55543331 | µTorrent 3.1. | 8/12/12 09:10:12 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Manahawkin | | |
| 21 | 68.39.49.55 | 2D55543232 | µTorrent 2.2. | 8/16/12 05:53:50 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Vincentown | | |
| 22 | 69.248.202.1 | 2D55543332 | µTorrent 3.2. | 8/19/12 07:48:02 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Brick | | |
| 23 | 69.141.113.1 | 2D54523233 | Transmission | 8/19/12 09:35:27 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Jersey City | | |
| 24 | 68.44.64.251 | 2D55543331 | µTorrent 3.1. | 8/22/12 10:46:48 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Roselle Park | | |
| 25 | 173.70.222.2 | 2D55543331 | µTorrent 3.1. | 8/26/12 06:48:40 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon FiOS | New Jersey | Wyckoff | | |
| 26 | 174.252.0.80 | 2D554D3137 | µTorrent Mac | 8/30/12 06:39:02 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Cellco Partne | New Jersey | Hoboken | | |
| 27 | 96.57.189.12 | 2D415A3437 | Vuze 4.7.1.2 | 8/30/12 07:49:55 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | Newark | | |
| 28 | 100.1.94.198 | 4D372D362D | BitTorrent 7.6 | 9/2/12 04:19:26 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon FiOS | New Jersey | Jersey City | | |
| 29 | 68.38.87.193 | 2D554D3136 | µTorrent Mac | 9/3/12 06:40:10 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Summit | | |
| 30 | 68.44.42.112 | 4D372D362D | BitTorrent 7.6 | 9/3/12 06:38:37 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Absecon | | |
| 31 | 69.125.58.27 | 2D415A3437 | Vuze 4.7.1.2 | 9/3/12 01:45:12 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | Highland Park | | |
| 32 | 68.39.85.205 | 2D55543232 | µTorrent 2.2. | 9/5/12 06:04:08 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Vincentown | | |
| 33 | 69.142.112.6 | 2D415A3437 | Vuze 4.7.0.2 | 9/8/12 06:14:06 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Cape May | | |
| 34 | 71.245.112.1 | 2D55543331 | µTorrent 3.1. | 9/9/12 04:07:22 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon FiOS | New Jersey | Collingswood | | |
| 35 | 71.188.2.183 | 2D55543332 | µTorrent 3.2. | 9/10/12 10:07:08 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon Inter | New Jersey | Mount Laurel | | |
| 36 | 174.62.13.20 | 2D415A3435 | Vuze 4.5.0.4 | 9/11/12 01:25:30 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Atlantic City | | |
| 37 | 96.225.124.1 | 2D55543331 | µTorrent 3.1. | 9/12/12 03:28:06 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon Inter | New Jersey | Jersey City | | |
| 38 | 173.61.0.42 | 2D415A3437 | Vuze 4.7.1.2 | 9/14/12 02:26:05 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon FiOS | New Jersey | Trenton | | |
| 39 | 98.109.106.2 | 2D55543331 | µTorrent 3.1. | 9/16/12 09:28:13 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon FiOS | New Jersey | Union | | |
| 40 | 68.38.83.105 | 2D55543331 | µTorrent 3.1. | 9/16/12 07:33:09 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Mays Landing | | |
| 41 | 50.12.3.204 | 2D554D3136 | µTorrent Mac | 9/17/12 11:48:13 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Clearwire Cor | New Jersey | Fort Lee | | |
| 42 | 67.82.211.15 | 2D55543332 | µTorrent 3.2. | 9/20/12 04:42:51 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | Bergenfield | | |
| 43 | 68.194.93.15 | 2D55543332 | µTorrent 3.2. | 9/26/12 11:44:22 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | Hoboken | | |
| 44 | 70.105.170.1 | 2D415A3437 | Vuze 4.7.1.2 | 9/29/12 10:01:37 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon FiOS | New Jersey | West New York | | |
| 45 | 98.221.195.2 | 4D372D362D | BitTorrent 7.6 | 9/29/12 09:05:54 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Jersey City | | |
| 46 | 70.105.170.1 | 2D415A3437 | Vuze 4.7.2.0 | 10/2/12 09:00:26 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon FiOS | New Jersey | West New York | | |
| 47 | 67.82.72.112 | 2D54523237 | Transmission | 10/2/12 02:38:05 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | Dover | | |
| 48 | 68.44.174.93 | 2D55543330 | µTorrent 3.0. | 10/3/12 03:43:22 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Absecon | | |
| 49 | 67.82.60.211 | 2D54523237 | Transmission | 10/6/12 08:20:55 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | Lodi | | |
| 50 | 174.57.26.18 | 2D554D3136 | µTorrent Mac | 10/7/12 04:41:36 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Audubon | | |
| 51 | 76.116.253.1 | 2D55543331 | µTorrent 3.1. | 10/9/12 10:00:18 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Sewell | | |
| 52 | 67.82.60.38 | 2D54523237 | Transmission | 10/11/12 01:48:24 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | Lodi | | |
| 53 | 68.199.143.8 | 2D4D523430 | Miro 4.0.0.0 | 10/13/12 12:23:34 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Denville | | |
| 54 | 108.53.5.107 | 2D4C543046 | libtorrent (Ra | 10/16/12 12:18:24 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon FiOS | New Jersey | Jersey City | | |
| 55 | 68.38.215.17 | 2D55543331 | µTorrent 3.1. | 10/17/12 12:35:08 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Perth Amboy | | |
| 56 | 71.58.35.142 | 2D415A3430 | Vuze 4.0.6.0 | 10/17/12 04:51:06 PM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Manchester Township | | |
| 57 | 173.61.115.3 | 2D55543331 | µTorrent 3.1. | 10/22/12 01:50:52 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Verizon FiOS | New Jersey | Atco | | |
| 58 | 24.185.159.1 | 2D415A3435 | Vuze 4.5.0.4 | 10/24/12 02:02:54 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Optimum Onl | New Jersey | Jackson | | |

| 59 | 71.0.109.33 | 2D55543331 | µTorrent 3.1. | 10/25/12 05:02:51 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Embarq Corp | New Jersey | Califon |
| 60 | 69.142.230.3 | 2D55543332 | µTorrent 3.2. | 10/25/12 02:36:57 AM | S0054-000001 | The Good Do | VOLTAGE | The.Good.Do | SHA1: 2EA1B | Comcast Cabl | New Jersey | Absecon |