# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-564-129**

Effective date of registration:

December 14, 2010

## Title

- **Title of Work:** The Good Doctor

## Completion/Publication

- **Year of Completion:** 2010

## Author

- **Author:** Tesuco Holdings Limited
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright claimant

- **Copyright Claimant:** Tesuco Holdings Limited
  c/o Greenberg Traurig, attn: Lisa Nitti, 2450 Colorado Ave. #400E, Santa Monica, CA, 90404, United States

## Limitation of copyright claim

- **Material excluded from this claim:** script/screenplay
- **Previous registration and year:** PAu3-442-518    2009
- **New material included in claim:** production as a motion picture

## Certification

- **Name:** Irwin M. Rappaport
- **Date:** December 13, 2010

---

- **Correspondence:** Yes